**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 2:14-BK-20442 |
| | § | |
| TLH INVESTMENTS, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Robert L. Johns, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,818,272.79 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $512,530.08 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $89,469.92 | | |

3) Total gross receipts of $602,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $602,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $3,321,338.17 | $4,540,220.09 | $3,820,829.21 | $512,530.08 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $89,469.92 | $89,469.92 | $89,469.92 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $12,520.84 | $12,520.84 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,802,425.14 | $1,138,878.17 | $1,138,878.17 | $0.00 |
| **Total Disbursements** | $6,123,763.31 | $5,781,089.02 | $5,061,698.14 | $602,000.00 |

4). This case was originally filed under chapter 0 on 08/20/2014. The case was converted to one under Chapter 7 on 01/04/2016. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>01/16/2017</u>   By:   <u>/s/ Robert L. Johns</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 32 Mavis Dr., Clendin, WV | 1110-000 | $75,000.00 |
| 33 Mavis Dr, Clendin, WV | 1110-000 | $75,000.00 |
| 36 Mavis Dr., Clendenin, WV | 1110-000 | $75,000.00 |
| 41 Mavis Dr., Clendenin, WV | 1110-000 | $75,000.00 |
| 42 Mavis Dr., Clendenin, WV | 1110-000 | $75,000.00 |
| 48 Mavis Dr., Clendenin, WV | 1110-000 | $75,000.00 |
| 55 Mavis Dr., Clendenin, WV | 1110-000 | $75,000.00 |
| 51 Mavis Dr., Clendenin, WV | 1122-000 | $77,000.00 |
| **TOTAL GROSS RECEIPTS** | | $602,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Putnam County Bank | 4110-000 | $707,806.24 | $719,390.88 | $719,390.88 | $0.00 |
| 3 | Putnam County Bank | 4110-000 | $0.00 | $719,390.88 | $0.00 | $0.00 |
| 8 | Community Trust Bank, Inc. | 4110-000 | $598,143.81 | $330,000.00 | $330,000.00 | $0.00 |
| 9 | First Bank of Charleston, Inc. | 4110-000 | $1,434,751.26 | $2,128,908.25 | $2,128,908.25 | $0.00 |
| 11 | WesBanco | 4110-000 | $538,758.86 | $130,000.00 | $130,000.00 | $0.00 |
|  | Kanawha County Sheriff's Office | 4700-000 | $41,878.00 | $0.00 | $0.00 | $0.00 |
|  | Putnam County Bank | 4110-000 | $0.00 | $512,530.08 | $512,530.08 | $512,530.08 |
| **TOTAL SECURED CLAIMS** | | | $3,321,338.17 | $4,540,220.09 | $3,820,829.21 | $512,530.08 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert L. Johns, Trustee | 2100-000 | NA | $33,350.00 | $33,350.00 | $33,350.00 |

| | | | | | |
|---|---|---|---|---|---|
| Robert Johns, Trustee | 2200-000 | NA | $200.00 | $200.00 | $200.00 |
| Security deposit on rental unit | 2410-000 | NA | $700.00 | $700.00 | $700.00 |
| Unpaid repair work | 2420-000 | NA | $8,197.27 | $8,197.27 | $8,197.27 |
| Happy Coe Investments, LLC | 2500-000 | NA | $650.00 | $650.00 | $650.00 |
| Landmark Properties, LTD | 2500-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| Pinnacle Bank | 2600-000 | NA | $97.40 | $97.40 | $97.40 |
| United State Bankruptcy clerk | 2700-000 | NA | $176.00 | $176.00 | $176.00 |
| Real estate taxes | 2820-000 | NA | $26,096.78 | $26,096.78 | $26,096.78 |
| Transfer taxes on sale of real estate | 2820-000 | NA | $2,660.00 | $2,660.00 | $2,660.00 |
| Turner & Johns PLLC, Attorney for Trustee | 3110-000 | NA | $1,600.88 | $1,600.88 | $1,600.88 |
| Turner & Johns PLLC, Attorney for Trustee | 3120-000 | NA | $741.59 | $741.59 | $741.59 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $89,469.92 | $89,469.92 | $89,469.92 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Internal Revenue Service | 5800-000 | $0.00 | $658.06 | $658.06 | $0.00 |
| 15 | Internal Revenue Service | 5800-000 | $0.00 | $4,153.65 | $4,153.65 | $0.00 |
| 17 | United States Trustee | 5800-000 | $0.00 | $2,934.85 | $2,934.85 | $0.00 |
| 18 | West Virginia Department of Tax & Revenue | 5800-000 | $0.00 | $4,107.75 | $4,107.75 | $0.00 |
| 22 | WorkForce WV | 5800-000 | $0.00 | $666.53 | $666.53 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $12,520.84 | $12,520.84 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Electric Power | 7100-000 | $2,443.28 | $930.53 | $930.53 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | West Virginia American Water | 7100-000 | $5,424.59 | $1,015.68 | $1,015.68 | $0.00 |
| 5 | West Virginia American Water | 7100-000 | $5,424.59 | $994.97 | $994.97 | $0.00 |
| 6 | Star USA Federal Credit Union | 7100-000 | $0.00 | $600,000.00 | $600,000.00 | $0.00 |
| 8a | Community Trust Bank, Inc. | 7100-000 | $598,143.81 | $246,794.78 | $246,794.78 | $0.00 |
| 10 | WesBanco | 7100-000 | $538,758.86 | $75,211.15 | $75,211.15 | $0.00 |
| 12 | WesBanco | 7100-000 | $538,758.86 | $114,948.44 | $114,948.44 | $0.00 |
| 13 | WesBanco | 7100-000 | $538,758.86 | $50,506.59 | $50,506.59 | $0.00 |
| 14 | WesBanco | 7100-000 | $538,758.86 | $29,274.18 | $29,274.18 | $0.00 |
| 16 | Mountaineer Gas | 7100-000 | $816.95 | $439.85 | $439.85 | $0.00 |
| 18a | West Virginia Department of Tax & Revenue | 7100-000 | $0.00 | $704.84 | $704.84 | $0.00 |
| 19 | Frontier Communications | 7100-000 | $456.90 | $1,568.00 | $1,568.00 | $0.00 |
| 20 | Hildreth's Commercial Laundry Equipment | 7100-000 | $1,161.64 | $573.30 | $573.30 | $0.00 |
| 21 | City of South Charleston | 7100-000 | $510.98 | $15,915.86 | $15,915.86 | $0.00 |
| | American Bankers Insurance | 7100-000 | $6,310.00 | $0.00 | $0.00 | $0.00 |
| | Charleston Newspaper | 7100-000 | $123.14 | $0.00 | $0.00 | $0.00 |
| | Charleston Sanitary Board | 7100-000 | $484.89 | $0.00 | $0.00 | $0.00 |
| | Coe Electric | 7100-000 | $810.00 | $0.00 | $0.00 | $0.00 |
| | Elk Valley Public Service District | 7100-000 | $1,094.89 | $0.00 | $0.00 | $0.00 |
| | Erie Insurance | 7100-000 | $12,988.06 | $0.00 | $0.00 | $0.00 |
| | Goldfarb Electric Supply Co. | 7100-000 | $11.72 | $0.00 | $0.00 | $0.00 |
| | Travelers/Wells Fargo Insurance Serv. | 7100-000 | $4,006.00 | $0.00 | $0.00 | $0.00 |
| | Waste Management | 7100-000 | $511.66 | $0.00 | $0.00 | $0.00 |
| | William's Heating & Cooling | 7100-000 | $666.60 | $0.00 | $0.00 | $0.00 |
| | WV DEP Water & Waste Mgmt | 7100-000 | $6,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,802,425.14 | $1,138,878.17 | $1,138,878.17 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 14-20442-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | TLH INVESTMENTS, LLC | Date Filed (f) or Converted (c): | 01/04/2016 (c) |
| For the Period Ending: | 1/16/2017 | §341(a) Meeting Date: | 02/12/2016 |
| | | Claims Bar Date: | 05/23/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1518 Bigley Ave Charleston, WV | $45,000.00 | $0.00 | | $0.00 | FA |
| 2 | 703 and 703 1/2 Birch St. South Charleston, WV | $45,000.00 | $0.00 | | $0.00 | FA |
| 3 | 4014 MacCorkle Ave 1, 2 and 3 South Charleston, WV | $120,000.00 | $0.00 | | $0.00 | FA |
| 4 | 4209 River Ave. South Charleston, WV | $40,000.00 | $0.00 | | $0.00 | FA |
| 5 | 4810 Ohio Ave South Charleston, WV | $35,000.00 | $0.00 | | $0.00 | FA |
| 6 | 4812 Ohio Ave South Charleston, WV | $45,000.00 | $0.00 | | $0.00 | FA |
| 7 | 28 Lance Dr Charleston, WV | $5,000.00 | $0.00 | | $0.00 | FA |
| 8 | 120 Emily St Charleston, WV | $45,000.00 | $0.00 | | $0.00 | FA |
| 9 | 1514 Bying St Charleston, WV | $50,000.00 | $0.00 | | $0.00 | FA |
| 10 | 8 Barberry Lane Clendenin, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 11 | 9 Main St Clendenin, WV | $40,000.00 | $0.00 | | $0.00 | FA |
| 12 | 13 Main St Clendenin, WV | $20,000.00 | $0.00 | | $0.00 | FA |
| 13 | 28 Spencer Road 1, 2 and 3 Clendenin, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 14 | 85 Terrace Ave Clendenin, WV | $60,000.00 | $0.00 | | $0.00 | FA |
| 15 | 113 Goad Dr. Clendenin, WV | $75,000.00 | $0.00 | | $0.00 | FA |

FORM H  
Page No: 2  Exhibit 8

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-20442-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | TLH INVESTMENTS, LLC | Date Filed (f) or Converted (c): | 01/04/2016 (c) |
| For the Period Ending: | 1/16/2017 | §341(a) Meeting Date: | 02/12/2016 |
| | | Claims Bar Date: | 05/23/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 16 | 119 Goad Dr. Clendenin, WV | $150,000.00 | $0.00 | | $0.00 | FA |
| 17 | 426 Elk River Road Elkview, WV | $30,000.00 | $0.00 | | $0.00 | FA |
| 18 | 5437 Elk River Road A, B and C Elkview, WV | $75,000.00 | $0.00 | | $0.00 | FA |
| 19 | 108 Forest Ave South Charleston, WV | $85,000.00 | $0.00 | | $0.00 | FA |
| 20 | 220 Sheppard Ave South Charleston, WV | $50,000.00 | $0.00 | | $0.00 | FA |
| 21 | 318 Monroe St South Charleston, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 22 | 425 Rosemont Ave South Charleston, WV | $200,000.00 | $0.00 | | $0.00 | FA |
| 23 | 427 Rosemont Ave South Charleston, WV | $200,000.00 | $0.00 | | $0.00 | FA |
| 24 | 338 Forest Circle South Charleston, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 25 | 675 Forest Circle South Charleston, WV | $120,000.00 | $0.00 | | $0.00 | FA |
| 26 | 830 Glendale Ave South Charleston, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 27 | 910 Pine Road South Charleston, WV | $80,000.00 | $0.00 | | $0.00 | FA |
| 28 | 913 Montrose Dr South Charleston, WV | $90,000.00 | $0.00 | | $0.00 | FA |
| 29 | 1727 Massey Circle South Charleston, WV | $100,000.00 | $0.00 | | $0.00 | FA |
| 30 | 2939 Pence St South Charleston, WV | $40,000.00 | $0.00 | | $0.00 | FA |
| 31 | 32 Mavis Dr., Clendin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 32 | 33 Mavis Dr, Clendin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |

FORM 1

Page No: 3      Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 14-20442-FWV | Trustee Name: | Robert L. Johns |
| --- | --- | --- | --- |
| Case Name: | TLH INVESTMENTS, LLC | Date Filed (f) or Converted (c): | 01/04/2016 (c) |
| For the Period Ending: | 1/16/2017 | §341(a) Meeting Date: | 02/12/2016 |
| | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 33  36 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 34  41 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 35  42 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 36  48 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 37  51 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $77,000.00 | FA |
| 38  55 Mavis Dr., Clendenin, WV | $100,000.00 | $75,000.00 | | $75,000.00 | FA |
| 39  1901 Bigley Ave Charleston, WV | $85,000.00 | $0.00 | | $0.00 | FA |
| 40  4 Maywood Ave Clendenin, WV | $50,000.00 | $0.00 | | $0.00 | FA |
| 41  8 Maywood Ave Clendenin, WV | $60,000.00 | $0.00 | | $0.00 | FA |
| 42  229 Elk River Rd Clendenin, WV | $40,000.00 | $0.00 | | $0.00 | FA |
| 43  231 Elk River Rd Clendenin, WV | $60,000.00 | $0.00 | | $0.00 | FA |
| 44  1403 Spencer Road Clendenin, WV | $50,000.00 | $0.00 | | $0.00 | FA |
| 45  104 Stratford Place South Charleston, WV | $80,000.00 | $0.00 | | $0.00 | FA |
| 46  City National Bank account | $3,376.79 | $0.00 | | $0.00 | FA |
| 47  WesBanco | $0.00 | $0.00 | | $0.00 | FA |
| 48  Accounts Receivable | $42,396.00 | $0.00 | | $0.00 | FA |
| 49  Office equipment furnishings and supplies | $1,000.00 | $0.00 | | $0.00 | FA |
| 50  Computer with hard drive | $100.00 | $0.00 | | $0.00 | FA |
| 51  10 chairs | $100.00 | $0.00 | | $0.00 | FA |
| 52  Conference table | $50.00 | $0.00 | | $0.00 | FA |
| 53  5 filing cabinets | $75.00 | $0.00 | | $0.00 | FA |
| 54  3 Small desks | $100.00 | $0.00 | | $0.00 | FA |
| 55  Misc supplies | $50.00 | $0.00 | | $0.00 | FA |
| 56  Phones | $25.00 | $0.00 | | $0.00 | FA |
| 57  Machinery, fixtures, equipment & supplies | $1,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 4     Exhibit 8

| Case No.: | 14-20442-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | TLH INVESTMENTS, LLC | Date Filed (f) or Converted (c): | 01/04/2016 (c) |
| For the Period Ending: | 1/16/2017 | §341(a) Meeting Date: | 02/12/2016 |
| | | Claims Bar Date: | 05/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 58 Appliances, fixtures and appurtenances to rental properties | $20,000.00 | $0.00 | | $0.00 | FA |
| 59 1 Maywood Ave. in Clendenin, WV | $30,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$3,618,272.79     $600,000.00     $602,000.00     $0.00

**Major Activities affecting case closing:**

07/25/2016    TFR to be filed.
02/15/2016    Re Prop #'s 31 - 38 Trustee filed motion to sell real estate for $600,000. Sale to close in June 2016.

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):** 08/31/2016     /s/ ROBERT L. JOHNS

ROBERT L. JOHNS

**FORM 2** Page No: 1    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-20442-FWV | |
| **Case Name:** | TLH INVESTMENTS, LLC | |
| **Primary Taxpayer ID #:** | **-***2306 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 8/20/2014 | |
| **For Period Ending:** | 1/16/2017 | |

| | |
|---|---|
| **Trustee Name:** | Robert L. Johns |
| **Bank Name:** | Pinnacle Bank |
| **Checking Acct #:** | ******0144 |
| **Account Title:** | Estate of TLH Investments, LLC |
| **Blanket bond (per case limit):** | $3,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **BALANCE** |
| 04/15/2016 | (31) | Happy Coe Investments, LLC | Escrow funds per Sale of Real Estate at Mavis Dr., Clendenin | | 1110-000 | $25,000.00 | | $25,000.00 |
| 05/03/2016 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $16.92 | $24,983.08 |
| 06/02/2016 | | Pinnacle Bank | Pinnacle Analysis | | 2600-000 | | $40.32 | $24,942.76 |
| 06/13/2016 | (37) | West Virginia University | June rent, key deposit and deposit, payment for summer students | | 1122-000 | $1,350.00 | | $26,292.76 |
| 07/01/2016 | | Happy Coe Investments, LLC | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 | | * | $537,345.95 | | $563,638.71 |
| | {31} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 | $50,000.00 | 1110-000 | | | $563,638.71 |
| | | | Real estate taxes | $(26,096.78) | 2820-000 | | | $563,638.71 |
| | | | Transfer taxes on sale of real estate | $(2,660.00) | 2820-000 | | | $563,638.71 |
| | | | Security deposit on rental unit | $(700.00) | 2410-000 | | | $563,638.71 |
| | | | Unpaid repair work | $(8,197.27) | 2420-000 | | | $563,638.71 |
| | {32} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/16 | $75,000.00 | 1110-000 | | | $563,638.71 |
| | {33} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 | $75,000.00 | 1110-000 | | | $563,638.71 |
| | {34} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 | $75,000.00 | 1110-000 | | | $563,638.71 |
| | {35} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 | $75,000.00 | 1110-000 | | | $563,638.71 |
| | {36} | | Closing balance on purchase of real property per Agreed Order entered 6/17/2016 | $75,000.00 | 1110-000 | | | $563,638.71 |
| | | | **SUBTOTALS** | | | $563,695.95 | $57.24 | |

FORM 2

Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-20442-FWV | Trustee Name: | Robert L. Johns |
|---|---|---|---|
| Case Name: | TLH INVESTMENTS, LLC | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***2306 | Checking Acct #: | ******0144 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Estate of TLH Investments, LLC |
| For Period Beginning: | 8/20/2014 | Blanket bond (per case limit): | $3,000,000.00 |
| For Period Ending: | 1/16/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | BALANCE |
| | {37} | | Closing balance on purchase of real property per Agreed Order entered 6/17/2016 $75,000.00 | 1110-000 | | | $563,638.71 |
| | {38} | | Closing balance on purchase of Real property per Agreed Order entered 6/17/2016 $75,000.00 | 1110-000 | | | $563,638.71 |
| 07/05/2016 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $40.16 | $563,598.55 |
| 07/07/2016 | (37) | West Virginia University | July rent, payment for summer students | 1122-000 | $650.00 | | $564,248.55 |
| 07/07/2016 | 3001 | Happy Coe Investments, LLC | Rent for July from WVU for Students at 51 Mavis | 2500-000 | | $650.00 | $563,598.55 |
| 08/03/2016 | 3002 | Landmark Properties, LTD | Per Court Order entered 6/17/2016 | 2500-000 | | $15,000.00 | $548,598.55 |
| 08/03/2016 | 3003 | Putnam County Bank | Per agreed Order entered 6/17/2016 | 4110-000 | | $512,530.08 | $36,068.47 |
| 08/03/2016 | 3004 | Turner & Johns PLLC | Per Agreed Order entered 6/17/2016 | 2500-000 | | $565.87 | $35,502.60 |
| 08/04/2016 | 3004 | VOID: Turner & Johns PLLC | Closing costs to be paid at final distribution in case. | 2500-003 | | ($565.87) | $36,068.47 |
| 12/19/2016 | 3005 | Robert L. Johns | Trustee Compensation | 2100-000 | | $33,350.00 | $2,718.47 |
| 12/19/2016 | 3006 | Robert Johns | Trustee Expenses | 2200-000 | | $200.00 | $2,518.47 |
| 12/19/2016 | 3007 | Turner & Johns PLLC | final distribution on Claim #: ; Account Number: ; | 3120-000 | | $741.59 | $1,776.88 |
| 12/19/2016 | 3008 | Turner & Johns PLLC | final distribution on Claim #: ; Account Number: ; | 3110-000 | | $1,600.88 | $176.00 |
| 12/19/2016 | 3009 | United State Bankruptcy clerk | final distribution on Claim #: 23; Account Number: ; | 2700-000 | | $176.00 | $0.00 |

| | | | | **SUBTOTALS** | $650.00 | $564,288.71 | |

**FORM 2** Page No: 3 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-20442-FWV | **Trustee Name:** Robert L. Johns |
| **Case Name:** | TLH INVESTMENTS, LLC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***2306 | **Checking Acct #:** ******0144 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** Estate of TLH Investments, LLC |
| **For Period Beginning:** | 8/20/2014 | **Blanket bond (per case limit):** $3,000,000.00 |
| **For Period Ending:** | 1/16/2017 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | | $564,345.95 | $564,345.95 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | **Subtotal** | | $564,345.95 | $564,345.95 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $564,345.95 | $564,345.95 | |

**For the period of 8/20/2014 to 1/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $602,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $602,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $602,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $602,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/15/2016 to 1/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $602,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $602,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $602,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $602,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 4  Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| **Case No.** | 14-20442-FWV | **Trustee Name:** | Robert L. Johns |
| **Case Name:** | TLH INVESTMENTS, LLC | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***2306 | **Checking Acct #:** | ******0144 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | Estate of TLH Investments, LLC |
| **For Period Beginning:** | 8/20/2014 | **Blanket bond (per case limit):** | $3,000,000.00 |
| **For Period Ending:** | 1/16/2017 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $564,345.95 | $564,345.95 | $0.00 |

**For the period of 8/20/2014 to 1/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $602,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $602,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $602,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $602,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 01/04/2016 to 1/16/2017**

| | |
|---|---|
| Total Compensable Receipts: | $602,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $602,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $602,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $602,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ROBERT L. JOHNS

ROBERT L. JOHNS